FILED
E-FILED
Monday, 12 February, 2018 04:38:50 PM
Clerk, U.S. District Court, ILCD

FEB 12 2018

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

DeLaney Jarvis IDOC# K66975 )
)
　　　　　　Plaintiff )
)
vs. )　　　　　Case No. 18-1059
)
Illinois River Correctional Center )　(The case number will be assigned by the clerk)
Warden Justin Hammers.　LT )
Johnson Brad. 10415 Major Burner. 598 )
Major Stein. 689 Officer Thousand. 9261 )
Howarter Lonn. Curtis Matthew. )
Sergeant Stufflebean.　Officer )
Bailey. 10182　S. Harrison. )
A. Brooks.　Robbie Johnson　, )
)
　　　　　　Defendant(s) )

(List the full name of ALL plaintiffs and defendants in the caption above.  If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known.  This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).  However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims.  Many prisoners' legal claims arise from other federal laws.  Your particular claim may be based on different or additional sources of federal law.  You may adapt this form to your claim or draft your own complaint.*

☒　42 U.S.C. §1983 (state, county or municipal defendants)

☐　Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971)(federal defendants)

☐　Other federal law: _____

☐　Unknown _____

## I.  FEDERAL JURISDICTION

*Please refer to the instructions when filling out this complaint.  Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint.  This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: _DeLaney Jarvis_

Prison Identification Number: _k 66975_

Current address: _1300 West Locust, P.O. Box 999_
_Canton, IL 61520  Illinois River Correctional Center_

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: _Warden, Justin Hammers_

Current Job Title: _Chief Administrative officer_

Current Work Address _1300 West Locust, P.O. Box 999_
_Canton, IL 61520_

Defendant #2:

Full Name: _Brad Johnson_          _Badge #10415_

Current Job Title: _Lieutenant / Internal Affairs_

Current Work Address _1300 West Locust, P.O. Box 999_
_Canton, IL 61520_

Defendant #3:

Full Name: _Burner      Badge # ___598_

Current Job Title: _Major / Shift Supervisor_

2

Current Work Address *1300 West Locust, P.O. Box 999 Canton, IL 61520*

Defendant #4:

Full Name: *M. Stein    Badge #689*

Current Job Title: *Major / Reviewing Officer*

Current Work Address *1300 West Locust, P.O. Box 999 Canton, Ill 61520*

Defendant #5:

Full Name: *Thousand   Badge #9261*

Current Job Title: *Hearing Investigator*

Current Work Address *1300 West Locust, P.O. Box 999 Canton, IL 61520*

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?        Yes ☐         No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐         No ☒

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

3

Defendants #6:

Full Name : Lonn Howarter

Current Job Title : Hearing Commitee / Chair Person

Current Work Address : 1300 West Locust, P.O. Box 999 Canton, IL 61520

Defendants #7:

Full Name : Matthew Curtis

Current Job Title : Hearing Commitee / Segregation Officer

Current Work Address : 1300 West Locust, P.O. Box 999 Canton, IL 61520

Defendants #8:

Full Name : Stufflebean

Current Job Title : Sergeant

Current Work Address : 1300 West Locust, P.O. Box 999 Canton, IL 61520

Defendants #9:

Full Name : Bailey                    Badge # 10182

Current Job Title : Segregation Officer

Current Work Address : 1300 West Locust, P.O. Box 999 Canton, IL 61520

Defendants #10:

Full Name :   S. Harrison

Current Job Title:   Counselor

Current Work Address: 1300 West Locust, P.O. Box 999 Canton, IL 61520


Defendants #11:

Full Name:   A. Brooks

Current Job Title:   Counselor

Current Work Address: 1300 West Locust, P.O. Box 999 Canton, IL 61520


Defendants #12:

Full Name:   Robbie Johnson

Current Job Title:   Grievance Officer

Current Work Address: 1300 West Locust, P.O. Box 999 Canton, IL 61520

1. Name of Case, Court and Docket Number

_____

2. Basic claim made _____

3. Disposition (That is, how did the case end?  Was the case dismissed?  Was it appealed?  Is it still

pending?)  _____


*For additional cases, provide the above information in the same format on a separate page.*


## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint.  However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A.  Is there a grievance procedure available at your institution?  Yes ☒   No ☐

B.  Have you filed a grievance concerning the facts relating to this complaint?

  Yes ☒   No ☐

If your answer is no, explain why not _____

_____

C.  Is the grievance process completed?  Yes ☒   No ☐


## V.  STATEMENT OF CLAIM

Place(s) of the occurrence *Illinois River Correctional Center*

4

Date(s) of the occurrence ___5 - 15 - 2017___

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

This 'Complaint Form' is presented to the honorable Court seeking relief from:   ① Denying plaintiff the Right to witnesses.

② Sanitation conditions while in solitary confinement.

Thus, a Civil Rights Action; challenging administrative procedures and practices.

① 5.15.2017 Plaintiff was removed from cell (H.J-1A, 24) by sergeant 'Stufflebean' and taken to Seg/solitary Confinement. Plaintiff was then interviewed by Lieutenant "Johnson Brad #1045" (internal Affairs), regarding allegations of fighting. Solely base on allege sources, Major 'Burner #598' and 'Stein #689', approved of ticket/disciplinary report on 5.16.17, officer 'Thousand #9261' on 5.17.17. Officer 'Bailey #10182' slid ticket under cell door on 5.17.17. Hearing committee officers, 'Howarter Lonn' and 'Curtis Matthew' held disciplinary proceeding on 5.22.17. Warden 'Justin Hammers' approved of disciplinary actions on 5.23.17.

(Charles Wolff. V McDonnell 418 U.S. 539, 41 L.Ed. 2d 935)

In which is the Right to present witnesses in Plaintiff's defense, inso he was denied.       Not one of these nine employees stated above, nor anyother Officers in this facility informed plaintiff of his right to witnesses. If given the opportunity or made aware of this right, there was over 100 people including officers that could have testified or submitted affidavits

5

in plaintiff's defense. Lack of movement, plaintiff was only able to present this court, the attach affidavit in his defense.

② 5·15·2017 Plaintiff was placed in solitary confinement, in cell 14 by on duty officer 'Bailey #10182'. Interring the cell, there's an overwhelming stench of urine. Looking around plaintiff seen feces/poop on wall, floor, on and around toilet area. Before plaintiff could look back 'Bailey' locked the cell and walked away. About an hour later officer 'Curtis' brought plaintiff's mattress and property. At that time plaintiff told 'Curtis' of the overwhelming smell and pointed to the feces. When diner trays came plaintiff also informed that officer.    For the remainder of the 31 days in Seg plaintiff never received any cleaning supplies, and tried to mask the oder of poop and urine the best he could.

6

RELIEF REQUESTED

(State what relief you want from the court.)

① One Thousand Dollars a day for Solitary

7

Confinement damages.

② Onehundred Thousand Dollars for Condition Compensation.

③ Onehundred Thousand Dollars for Punitive damages.

JURY DEMAND        Yes ☒        No ☐

Signed this _D. _____ day of _____2·7_____, 20 _18_.

_D. _____

( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| DeLaney Jarvis | K66975 |
| Address: 1300 West Locust P.O. Box 999 Canton, IL 61520 | Telephone Number: |

8