E-FILED
Tuesday, 05 June, 2018  10:07:12 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | | |
|---|---|---|
| DELANEY JARVIS #K-66975, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 18-1059-SLD |
| | ) | |
| ILLINOIS RIVER CORRECTIONAL, | ) | |
| CENTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ANSWER AND AFFIRMATIVE DEFENSES**

Defendants, BRYAN BAILEY and MATTHEW CURTIS, by and through their attorney,

Lisa Madigan, Attorney General for the State of Illinois, hereby file their Answer and Affirmative

Defenses to Plaintiff's Complaint (Doc. 1) stating as follows:

A. Plaintiff:

Full Name: DeLaney Jarvis

Prison Identification Number: k 66975

Current address: 1300 West Locust, P.O. Box 999
Canton, IL 61520 Illinois River Correctional Center

**ANSWER:** Defendants admit that this is Plaintiff's correct contact information.

## III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?　　　　Yes ☐　　　　No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐　　　　No ☒

**ANSWER:** Defendants admit that records indicate that this is Plaintiff's first lawsuit in federal court while incarcerated. Defendants admit that, to their knowledge, this is the only lawsuit filed dealing with the same facts involved in this case.

Defendants # 7:
Full Name : Matthew Curtis
Current Job Title: Hearing Commitee / Segregation Officer
Current work Address: 1300 West Locust, P.O. Box 999 Canton, IL 61520

**ANSWER:** Defendants admit that Matthew Curtis is a Correctional Officer employed at the Illinois River Correctional Center. Matthew Curtis can be reached c/o R. Kolton Ray, 500 South Second Street, Springfield, Illinois 62701.

Defendants # 9:
Full Name : Bailey　　　　　　Badge # 10182
Current Job Title : Segregation Officer
Current work Address: 1300 West Locust, P.O. Box 999 Canton, IL 61520

**ANSWER:** Defendants admit that Bryan Bailey is a Correctional Officer employed at the Illinois River Correctional Center. Bryan Bailey can be reached c/o R. Kolton Ray, 500 South Second Street, Springfield, Illinois 62701.

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☒ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

Yes ☒ No ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed? Yes ☒ No ☐

**ANSWER:** Defendants deny that Plaintiff has properly exhausted his administrative remedies.

This 'Complaint form' is presented to the honorable Court seeking relief from: ① Denying plaintiff the Right to witnesses. ② Sanitation conditions while in solitary confinement. Thus, a Civil Rights Action; challenging administrative procedures and practices.

**ANSWER:** Plaintiff's claims regarding his "right to witnesses" was dismissed by the Court in the Merit Review Order. [Doc. 7]. Plaintiff's claims regarding his conditions of confinement was preserved by the Court in the Merit Review Order. [Doc. 7].

② 5.15.2017 Plaintiff was placed in solitary confinement, in cell 14 by on duty officer 'Bailey #0182'. Interring the cell, there's an overwhelming stench of urine. Looking around plaintiff seen Feces/Poop on wall, floor, on and around toilet area. Before plaintiff could look back 'Bailey' locked the cell and walked away. About an hour later officer 'Curtis' brought plaintiff's mattress and property. At that time plaintiff told 'Curtis' of the overwhelming smell and pointed to the feces. When diner trays came plaintiff also informed that officer.    For the remainder of the 31days in Seg plaintiff never received any cleaning supplies, and tried to mask the oder of Poop and Urine the best he could.

**ANSWER:** Defendants admit that Plaintiff was placed in segregation cell 14 on May 15, 2017. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegation that Officer Bailey originally placed Plaintiff in this cell and that Officer Bailey "locked the cell and walked away." Defendants deny that there was an "overwhelming stench of urine" in the cell. Defendants deny that there was feces/poop on the wall, floor, or around the toilet area. Defendants deny that Plaintiff told Officer Curtis of the overwhelming smell and pointed to feces at any time. Defendants deny that Plaintiff never received any cleaning supplies. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations concerning what Plaintiff did or did not do to clean his cell.

RELIEF REQUESTED

(State what relief you want from the court.)

① One Thousand Dollars a day for Solitary Confinement damages.
② Onehundred Thousand Dollars for Condition Compensation.
③ Onehundred Thousand Dollars for Punitive damages.

**ANSWER:** Defendants deny that Plaintiff is entitled to any relief whatsoever.

## JURY DEMAND

Defendants demand a trial by jury.

## AFFIRMATIVE DEFENSES

### 1.    **Qualified Immunity**

At all times relevant herein, Defendants acted in good faith in the performance of their official duties and without violating Plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have known. Defendants are therefore protected from suit by the doctrine of qualified immunity.

### 2.    **Administrative Exhaustion**

Plaintiff's lawsuit concerns the conduct of correctional officers and officials while he was in the custody of the Illinois Department of Corrections, and is barred by 42 U.S.C. 1997e(a), as Plaintiff has failed to exhaust administrative remedies prior to filing his suit.

WHEREFORE, for the above and foregoing reasons, Defendant respectfully requests this Honorable Court deny Plaintiff any relief in this matter whatsoever.

Respectfully submitted,

BRYAN BAILEY and MATTHEW CURTIS,

Defendant,

R. Kolton Ray; #6327476                 LISA MADIGAN, Illinois Attorney General,
Assistant Attorney General
500 South Second Street                      Attorney for Defendant,
Springfield, Illinois  62701
(217) 557-0261 Phone                   By: s/R. Kolton Ray
(217) 782-8767 Fax                           R. Kolton Ray
Email: rray@atg.state.il.us                  Assistant Attorney General

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | | |
|---|---|---|
| DELANEY JARVIS #K-66975, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 18-1059-SLD |
| | ) | |
| ILLINOIS RIVER CORRECTIONAL, | ) | |
| CENTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2018, the foregoing document, *Answer and Affirmative Defenses*, was electronically filed with the Clerk of the Court using the CM/ECF system which will electronically send notice to:

NONE

and I hereby certify that on the same date, I caused a copy of the foregoing described document to be mailed by United States Postal Service, in an envelope properly addressed and fully prepaid, to the following non-registered participant:

Jarvis Delaney #K-66975
Illinois River Correctional Center
Inmate Mail/Parcels
P.O. Box 999
Canton, IL  61520

Respectfully submitted,

s/R. Kolton Ray
R. Kolton Ray; #6327476
Assistant Attorney General
Office of the Attorney General
500 South Second Street
Springfield, Illinois  62701
(217) 557-0261 Phone
(217) 782-8767 Fax
Email:  rray@atg.state.il.us