E-FILED
Tuesday, 17 July, 2018 11:24:34 AM
Clerk, U.S. District Court, ILCD

FILED

JUL 17 REC'D 2018
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT,

FOR THE CENTRAL DISTRICT OF ILLINOIS.

PLAINTIFF:

DeLaney Jarvis                    )
                                  )
    -VS-                          )        NO. 18-1059-SLD
                                  )
DEFENDANTS:                       )
    Bryan Bailey and Matthew Curtis )
Illinois River Correctional Center. )

Motion to Dismiss

Defendants Bryan Bailey and Matthew Curtis,
motion for summary judgment for failure
to exhaust administrative remedies.

Now comes Plaintiff DeLaney Jarvis, pro-se.    Given the
facts stated in Affidavit and Documents provided, i move
to dismiss Defendants Motion and proceed with trial.
I maintain, this facility (I.R.C.C) and officials noncompliance
with Departmental Rule 504, render grievance unavailable.
Therefore i suficiently exhausted my administrative remedies
and brought 1983 action against facility and officials.

FILED

JUL 17 2018
REC'D

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Date Mail: July 12, 2018

PLAINTIFF:
   DeLaney Jarvis                    )
                                     )
   -VS-                              )        NO. 18-1059-SLD
                                     )
DEFENDANTS:                          )
   Bryan Bailey and Matthew Curtis)
   Illinois River Correctional Center.)


            Documents submited in respect to Defense
                    Motion for
Summary Judgment for, Failure to Exhaust Administrative
Remedies.
       Presiding Judge, Sara Darrow.
Date of order entered, July 5, 2018.
Responses due date, July 26, 2018.
       Six attached Documents:
   Two, Motions    Two, Affidavits   Two, copy Grievance